UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-14521-CIV-MARTINEZ-REINHART

DANIEL GILROY,

    Plaintiff,

vs.

R. SEAN BALDWIN, and
CITY OF FORT PIERCE,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion for Bill of Costs. (ECF Nos. 217 & 218). Magistrate Judge Reinhart filed a Report and Recommendation (ECF No. 254), recommending that the Motion for Bill of Costs be granted, and Plaintiff be taxed a total of $ 5,942.28 in costs pursuant to 28 U.S.C. § 1920:

| | |
|---|---|
| Process Server Fees: | $ 1,095.00 |
| Witness Fees: | $ 91.75 |
| Printing: | $ 6.75 |
| Transcripts: | $ 4,748.78 |
| Copying: | $ 0.00 |

The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

1. United States Magistrate Judge Reinhart's Report and Recommendation, (ECF No. 254), is **AFFIRMED** and **ADOPTED**.

1

2. Defendants' Motion for Bill of Costs, (ECF Nos. 217 & 218), is **GRANTED**.

Defendants shall be awarded a total of $ 5,942.28 in costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record