UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 16-14521-CIV-MARTINEZ-REINHART

DANIEL GILROY,

    Plaintiff,

vs.

R. SEAN BALDWIN, and
CITY OF FORT PIERCE,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on Defendants' Renewed Motion for Attorney's Fees and Costs ("Renewed Motion"). (ECF No. 238). Magistrate Judge Reinhart filed a Report and Recommendation (ECF No. 257), recommending that Defendants' Renewed Motion be denied because Defendants did not carry their burden of showing that Plaintiff's claims were frivolous or pursued in bad faith. (*See id.* at 13).

The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

1. United States Magistrate Judge Reinhart's Report and Recommendation, (ECF No. 257), is **AFFIRMED** and **ADOPTED**.
2. Defendants' Renewed Motion, (ECF No. 238), is **DENIED**. Defendants are not entitled to attorney's fees and non-taxable costs under 42 U.S.C. § 1988 or 28 U.S.C. § 1927.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2022.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record